# EXHIBIT A

HEADLINE: Former Inmate Files Federal Lawsuit Against Private Prison After Staff Ignored His Pleas to Be Place in Protective Custody Prior to Being Stabbed by Other Inmate

**NASHVILLE**—Today, a former inmate at Trousdale Turner Correctional Center filed a federal lawsuit against staff at the prison, which is run by private prisons operator CoreCivic. The lawsuit alleges that staff at the prison ignored Kevin Farrar's pleas to be placed in protective custody after another inmate named Edward Tukes threatened to attack him, ultimately leading to Farrar being stabbed and severely wounded by Tukes.

In July 2023, Farrar was threatened by his then-cellmate, a member of the Vice Lord Gang. When Farrar asked to be placed in protective custody, following the threat, staff reprimanded him for refusing his cell assignment and moved him to segregation, where he continued to seek protective custody.

On October 4 of the same year, Shift Sgt. Stevens brought a new inmate to be housed alongside Farrar, named Edward Tukes. Stevens knew that Tukes was a known gang member who had sexually assaulted a nurse at the facility, demanded to be placed in maximum security, and threatened to do something that would result in him being moved to maximum security if staff didn't do so. Still, he placed Tukes in Farrar's cell without searching him. After Stevens uncuffed the two inmates and walked away, Tukes took out a makeshift knife and stabbed Farrar at least seven times. Stevens would not intervene until both were handcuffed, so Farrar had to walk across his cell, past the man who had just tried to kill him, while bleeding.

"Sgt. Stevens showed an appalling indifference to Mr. Farrar's legitimate concerns about his safety prior to this gruesome attack, nearly leading to Mr. Farrar's death at the hands of another inmate," said Daniel Horwitz, Farrar's attorney. "CoreCivic has a long track record of subjecting inmates to horrible conditions and it's time to put an end to that."

Farrar was ultimately airlifted to the hospital where he was treated for serious stab wounds, including one to a major artery in his leg. When Farrar was brough back to prison, his cell was still covered in his own blood and the chief of security instructed him to clean it. He remained in the call where he was nearly murdered until his ultimate release in January of 2024.

"Mr. Farrar still continue to suffer from severe mental and emotional problems from the assault, and his right leg is always numb and tingling," said Horwitz. "This all could have been avoided if the guards just listened to Mr. Farrar when I asked for protection. But as we've come to expect, CoreCivic has left Trousdale Turner understaffed. CoreCivic continues to put profits over inmate safety."

This is not the first time CoreCivic has faced legal trouble for its actions. In 2022, CoreCivic settled a wrongful death lawsuit brought by Horwitz after a cellmate assaulted and killed Terry Childress. In August 2024, the Department of Justice announced that it had opened an investigation into abuse and assaults at Trousdale Turner Correctional Center. Others, such as an inmate who was stabbed in the eye and another who was beaten nearly to death, have spoken out about conditions in CoreCivic-run prisons.

The lawsuit seeks to hold CoreCivic, Trousdale Turner Correctional Center, Warden Vincent Vantell, and Shift Sgt. Stevens accountable for the blatant indifference they showed to Farrar's pleas for help.

 For additional comments, please contact Daniel Horwitz at Daniel@Horwitz.Law