IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DANIEL A. HORWITZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:24-cv-1180 |
| | ) | JUDGE GIBBONS |
| U.S. DISTRICT COURT | ) | |
| FOR THE MIDDLE DISTRICT | ) | |
| OF TENNESSEE, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## <u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u><br><u>TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>

Defendants, after consulting with Plaintiff's counsel, who do not oppose this

motion, move to extend their deadline to respond to Plaintiff's motion for preliminary

injunction [DN 21] from November 19, 2024, to November 26, 2024. By or on November

26, the Parties intend to file a joint motion for proposed briefing schedule.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


*/s/ Timothy D. Thompson*
Timothy D. Thompson
Jason Snyder
Assistant United States Attorneys
Western District of Kentucky
717 W. Broadway
Louisville, KY 40202
Phone: (502) 582-6238
Timothy.thompson@usdoj.gov
Jason.snyder@usdoj.gov
Special Assistant United States Attorneys
Middle District of Tennessee

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2024, I filed this document via CM/ECF,

which automatically provides service to all counsel of record:

Jared McClain
Benjamin A. Field
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Ste. 900
Arlington, VA 22203
Phone: (703) 682-9320
jmcclain@ij.org
bfield@ij.org

Braden H. Boucek
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Ste. 104
Roswell, GA 30075
Phone: (770) 977-2131
bboucek@southeasternlegal.org

*/s/ Timothy D. Thompson*
Timothy D. Thompson
Assistant United States Attorney