IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANIEL A. HORWITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:24-cv-1180 |
| ) | JUDGE GIBBONS |
| U.S. DISTRICT COURT ) | |
| FOR THE MIDDLE DISTRICT ) | |
| OF TENNESSEE, ET AL. ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, after consulting with Plaintiff's counsel, who do not oppose this motion, move to extend their deadline to respond to Plaintiff's complaint from December 9, 2024, to January 27, 2025.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


*/s/ Timothy D. Thompson*
Timothy D. Thompson
Jason Snyder
Assistant United States Attorneys
Western District of Kentucky
717 W. Broadway
Louisville, KY 40202
Phone: (502) 582-6238
Timothy.thompson@usdoj.gov
Jason.snyder@usdoj.gov
Special Assistant United States Attorneys
Middle District of Tennessee

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, I filed this document via CM/ECF, which automatically provides service to all counsel of record:

Jared McClain
Benjamin A. Field
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Ste. 900
Arlington, VA 22203
Phone: (703) 682-9320
jmcclain@ij.org
bfield@ij.org

Braden H. Boucek
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Ste. 104
Roswell, GA 30075
Phone: (770) 977-2131
bboucek@southeasternlegal.org

*/s/ Timothy D. Thompson*
Timothy D. Thompson
Assistant United States Attorney