IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DANIEL A. HORWITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:24-cv-1180 |
| v. | ) |
| | ) |
| U.S. DISTRICT COURT FOR THE | ) |
| MIDDLE DISTRICT OF TENNESSEE, et al. | ) |
| | ) |
| Defendants. | ) |

_____

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER &
RENEWED MOTION FOR PRELIMINARY INJUNCTION (ECF 21)**
_____

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65.1, Plaintiff Daniel A. Horwitz files this motion for temporary restraining order and renewed motion for preliminary injunction. Specifically, he asks this Court to restrain the Middle District of Tennessee's enforcement of Local Rule 83.04(a)(2) until this Court can consider his pending motion for preliminary injunction.

Mr. Horwitz conferred with opposing counsel prior to filing this motion and could not resolve the issue without this Court's intervention. *See* L.R. 7.01(a)(1).

In support of this motion, Mr. Horwitz submits a memorandum of law with exhibits, sworn declarations from Mr. Horwitz and undersigned counsel, and a proposed order.

Dated: December 18, 2024.

1

Respectfully,

/s/ *Jared McClain*

| | |
|---|---|
| Braden H. Boucek | Jared McClain |
| Tenn. BPR No. 021399 | Benjamin A. Field |
| Ga. Bar No. 396831 | INSTITUTE FOR JUSTICE |
| SOUTHEASTERN LEGAL FOUNDATION | 901 N. Glebe Rd., Ste. 900 |
| 560 W. Crossville Road, Ste. 104 | Arlington, Virginia 22203 |
| Roswell, GA 30075 | (703) 682-9320 |
| (770) 977-2131 | jmcclain@ij.org |
| bboucek@southeasternlegal.org | bfield@ij.org |

*Counsel for Plaintiff Daniel A. Horwitz*