# Exhibit A



## CoreCivic - CBS News

**Ruetenik, Dan** &lt;RuetenikD@cbsnews.com&gt;    Fri, Dec 13, 2024 at 2:24 PM
To: "daniel@horwitz.law" &lt;daniel@horwitz.law&gt;

Dear Mr. Horwitz,

I hope this message finds you well. I am a producer with CBS News and was hoping to connect to talk about your work relating to CoreCivic.

I'd be grateful for the chance to arrange a phone call for some time in the next week or so if you had a few minutes?

Thank you, I look forward to your response.

With Regards,

Dan


Daniel Ruetenik

*Producer, I-Unit*

CBS News

[ruetenikd@cbsnews.com](mailto:ruetenikd@cbsnews.com)

+1-718-408-0566