IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DANIEL A. HORWITZ, | )<br>) |
|       *Plaintiff*, | )<br>) Case No. 3:24-cv-1180 |
| v. | )<br>) |
| U.S. DISTRICT COURT FOR THE<br>MIDDLE DISTRICT OF TENNESSEE, *et al.*, | )<br>)<br>) |
|       *Defendants*. | ) |

_____

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR TEMPORARY INJUNCTION**
_____

This cause having come before the Court on Plaintiff's ("Mr. Horwitz") Motion for Temporary Injunction (ECF 30).

IT IS HEREBY ORDERED THAT the Middle District of Tennessee and its district judges are temporarily enjoined from enforcing Local Rule 83.04(a)(2) as to Mr. Horwitz pending the resolution of Plaintiff's Motion for Preliminary Injunction (ECF 21). The other subsections of Local Rule 83.04 shall remain in effect.

Plaintiffs' Motion for Temporary Injunction is hereby **GRANTED**.

IT IS SO ORDERED this _____ day of _____ 2024.

 

                                                                                                                                                           _____
                                                                                                                                                           Honorable Julia Smith Gibbons
                                                                                                                                                           United States Senior Circuit Judge