# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Daniel A. Horwitz

                          Plaintiff,

v.                                                       Case No.:
                                                                  3:24−cv−01180

U.S. District Court for the Middle District of
Tennessee, et al.

                          Defendant,

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/14/2025 .

                                                                          Lynda M. Hill
                                                             s/ Vicki Kinkade, Deputy Clerk